**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-2485**

_____

JOHN NEILL,

Plaintiff - Appellant,

versus

PAUL H. WEINSTEIN, Administrative Judge,
Circuit Court of Montgomery County,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-01-2333-AW)

_____

Submitted: April 25, 2002          Decided: May 1, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Neill, Appellant Pro Se. Julia Melville Andrew, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Neill appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Neill v. Weinstein, No. CA-01-2333-AW (D. Md. filed Nov. 14, 2001; entered Nov. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2